IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **WESTSIDE COMMUNITY HOSPITAL, INC., d/b/a SACRED HEART HOSPITAL, an Illinois corporation,** | ) ) ) ) | **CASE NO. 4:04CV3210** |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **ORDER OF DISMISSAL** |
| **AMERICAN HEALTHNET, INC., a Nebraska corporation,** | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal Without Prejudice (Filing No. 93). The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1) The Joint Stipulation for Dismissal (Filing No. 93) is approved, and the relief sought therein is granted;

2) All claims in this action are hereby dismissed without prejudice;

3) Each party will pay its own costs and attorneys' fees unless otherwise agreed by and between them; and

4) The Clerk of the Court is directed to terminate all pending motions in the above-captioned matter.

DATED this 27th day of April, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge